IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. Case No. 4:04-CR-40001 | |
| JIM THOMAS | DEFENDANT |

### **ORDER**

Before the Court is Defendant Jim Thomas' Motion for Furlough. (Doc. 48) The Government has responded. (Doc. 49) Thomas seeks a furlough in order to appear at his re-sentencing hearing on November 4, 2005, in lieu of the Court ordered *writ of habeas corpus ad prosequendum*. The parties agree the proposed furlough is governed by 18 U.S.C. § 3622. After reviewing § 3622, the Court agrees with the Government that Thomas meets none of the criteria set forth in § 3622 allowing a temporary release. Therefore, the Court finds Defendant's motion should be and hereby is **denied.**

IT IS SO ORDERED, this 24th day of October, 2005.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
U.S. District Court